No. 1538. PASSEL ET AL. *v.* FORT WORTH INDEPENDENT SCHOOL DISTRICT ET AL., 402 U. S. 968;

No. 5145. EASON *v.* UNITED STATES, 402 U. S. 984;

No. 6312. BUCHANAN *v.* MICHIGAN, 401 U. S. 944;

No. 6317. STREULE *v.* GULF FINANCE CORP., 402 U. S. 975;

No. 6400. WEBSTER ET AL. *v.* UNITED STATES, 402 U. S. 986;

No. 6588. PARDO *v.* ILLINOIS, 402 U. S. 992;

No. 6728. CORRADO ET UX. *v.* PROVIDENCE REDEVELOPMENT AGENCY, 402 U. S. 947;

No. 6928. CAMPBELL *v.* UNITED STATES, *ante,* p. 910; and

No. 7034. RAY *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT, 402 U. S. 1008. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

No. 150, Misc., October Term, 1968. RUCKER *v.* CITY OF FLINT ET AL., 393 U. S. 873, 956. Motion for leave to file second petition for rehearing denied. THE CHIEF JUSTICE, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 1080. FAIR ET AL. *v.* KIRK, GOVERNOR OF FLORIDA, ET AL., 401 U. S. 928. Motions to dispense with printing petitions granted. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions and petitions.

No. 1395. DESAPIO *v.* UNITED STATES, 402 U. S. 999. Petition for rehearing denied. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.